UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. ALLISON,<br><br>Plaintiff<br><br>v.<br><br>CLARK COUNTY DETENTION CENTER,<br><br>Defendant | Case No. 2:20-cv-00168-RFB-NJK<br><br>**ORDER** |

**I.  DISCUSSION**

Plaintiff, who is an inmate in the custody of the Clark County Detention Center ("CCDC"), has filed a "Lawsuit for Life Endangerment." Docket No. 1. Plaintiff has not filed a complaint or an application to proceed *in forma pauperis* in this matter.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff until **February 29, 2020**, to submit a complaint to this Court.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis*, he must file a fully complete application to proceed i*n forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

**II.  CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that the Clerk of the Court **WILL SEND** Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

1    IT IS FURTHER ORDERED that, no later than **February 29, 2020**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, including an inmate account statement for the past six months and a properly executed financial certificate, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that Plaintiff will submit a complaint to this Court no later than **February 29, 2020**.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court will also send Plaintiff a copy of his Lawsuit for Life Endangerment. Docket No. 1.

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS SO ORDERED.

DATED: January 30, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE